UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-80888-CV-MIDDLEBROOKS/Reinhart

PALM BEACH CONCOURS, LLC,
    Plaintiff,

v.

SUPERCAR WEEK INC. et al,
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge Bruce Reinhart (the "Report") on December 30, 2022. (DE 28). The Report recommends that Defendants' Motion to Dismiss (DE 16) be granted without prejudice. The deadline to file objections to the Report elapsed on January 13, 2023. No objections have been made to date. After a careful review of Judge Reinhart's Report and the record as a whole in this case, I agree with the Report's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reinhart's Report and Recommendation (DE 28) is **ADOPTED**.

(2) Defendants' Motion to Dismiss (DE 16) is **GRANTED** without prejudice.

(3) The Parties' Joint Motion to Stay Discovery (DE 22) is **DENIED** as moot.

**SIGNED** in Chambers in West Palm Beach, Florida, this 16 day of January, 2023.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record