UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-80888-CV-DMM

PALM BEACH CONCOURS, LLC, and
SIDNEY VALLON,

    Plaintiffs,

vs.

SUPERCAR WEEK INC, and NEIL
LONDON

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on United States Magistrate Judge Bruce E. Reinhart's Report and Recommendations ("R&R"), entered May 12, 2023. (DE 50). Defendants Super Car Week, Inc., and Neil London jointly filed their Motion to Dismiss Plaintiff's Second Amended Complaint (DE 46) on March 30, 2023, and Judge Reinhart's R&R recommends denial. On May 26, 2023, Defendants filed Objections to the R&R. (DE 51). To date, Plaintiff has not filed a response to Defendants' Objections, and the deadline to do so has expired.

I have conducted an independent *de novo* review of the Report and record as a whole. Having carefully considered this record, the briefing, and applicable law, I agree with Judge Reinhart's findings and conclusions, and I find that the reasoning in the Report is accurate and thorough.

Accordingly, it is **ORDERED AND ADJUDGED** that

1. Defendants' Objections (DE 51) are **OVERRULED.**

2. Magistrate Judge Reinhart's Report and Recommendation (DE 50) is **ADOPTED.**

3. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (DE 46) is **DENIED.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 22nd Day of June, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

**CC:**   Magistrate Judge Bruce E. Reinhart
Counsel of Record